UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BOOKER,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT OF NEVADA ADMINISTRATION,<br><br>   Defendant. | Case No. 2:23-cv-00898-JAD-EJY<br><br>**REPORT AND RECOMMENDATION** |

On June 7, 2023, Plaintiff, an inmate in the custody of High Desert State Prison, filed a Civil Rights Complaint under 42 U.S.C. § 1983, but failed to file a complete *in forma pauperis* ("IFP") application or pay the required filing fee. ECF No. 1-1. On October 3, 2023, the Court issued an Order giving Plaintiff through and including November 30, 2023 to either pay the filing fee or submit a complete IFP application. ECF No. 3. The Court also ordered the Clerk of Court to mail Plaintiff the proper IFP application form and the instructions for completing the form. *Id*. The Order concluded the Court would recommend dismissal without prejudice if Plaintiff failed to timely comply with the Court's Order. *Id.*

On October 9, 2023, Plaintiff filed a Petition for Writ of Mandamus arguing he should not be required to pay the $402 filing fee and that the process of completing the IFP application violates his constitutional rights. ECF No. 4. On October 11, 2023, the Petition was denied. ECF No. 5. As of the date of this Recommendation, Plaintiff has not complied with the Court's October 3, 2023 Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's October 3, 2023 Order.

Dated this 7th day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).